IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-02222-LTB-MJW

DOUG FABSCHUTZ,
SIMON FABSCHUTZ,
IRENE FABSCHUTZ,
ANDREW FIELD, and
GARY FABSCHUTZ,

       Plaintiffs,

v.

SAXBY'S COFFEE, INC., a Georgia corporation;
NICK BAYER;
JOHN D. LARSON;
PROVEN RECORD, INC., d/b/a SAXBY'S COFFEE, a Nevada corporation;
SAXBYS COFFEE WORLDWIDE, LLC, a Delaware limited liability company;
WALNUT STREET CAPITAL, LLC., a Pennsylvania limited liability company;
WALNUT STREET CAPITAL MANAGEMENT GROUP, LLC., a Pennsylvania limited liability company,

       Defendants.
_____

## MINUTE ORDER
_____
BY ORDER OF JUDGE LEWIS T. BABCOCK

    Plaintiffs' Unopposed Motion to Amend Complaint to Correct Misnomer (Doc 49 - filed July 10, 2008) is **GRANTED**. The tendered First Amended Complaint is accepted for filing.

Dated: July 11, 2008
_____