IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02222-LTB-MJW

DOUG FABSCHUTZ, et al.,

Plaintiff(s),

v.

SAXBY'S COFFEE, INC., et al.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Plaintiff Doug Fabschutz's Motion to Leave to Attend Settlement Conference by Telephone (docket no. 54) is DENIED WITHOUT PREJUDICE for failure to comply with D.C.COLO.LCivR 7.1A.

Date: August 18, 2008