IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 07-cv-02222-LTB-MJW

DOUG FABSCHUTZ, et al.,

Plaintiff(s),

v.

SAXBY'S COFFEE, INC., et al.,

Defendant(s).

MINUTE ORDER

    It is hereby ORDERED that the Plaintiff Doug Fabschutz's Revised Motion for Leave to Attend Settlement Conference by Telephone (docket no. 57) is DENIED. All Plaintiffs are seeking substantial damages in this case and they need to be present, in person, in order for this court to effectively assist the parties with settlement of this case. At the settlement conference, all parties and counsel shall be prepared to discuss, in good faith, settlement of this case.

Date: August 21, 2008