IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02222-LTB-MJW

DOUG FABSCHUTZ, et al.,

Plaintiffs,

v.

SAXBY'S COFFEE, INC., et al.,

Defendants.

---

## MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that defendant John Larson's Motion for Leave to Attend Settlement Conference by Telephone (Docket No. 60) is **denied**.  All parties and counsel shall be present, **in person**, for the settlement conference on September 2, 2008, at 10:00 a.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  At the settlement conference, all parties and counsel shall be prepared to discuss, in good faith, settlement of this case. **Failure to so attend in person may very well result in the issuance of sanctions**, including an award of attorney fees and costs, dismissing the action or proceeding in whole or in part, rendering a default judgment against the disobedient party, and/or treating as contempt of court the failure to obey any order.  See, e.g., Fed. R. Civ. P. 16(f) and 37(b)(2)(A) (ii)-(vii).

It is further **ORDERED** that defendant John Larson's *ex parte* letter sent to the court via the court's electronic mail account on August 28, 2008, is stricken pursuant to D.C.COLO.LCivR 77.2 (Ex Parte Communication With Judicial Officers).  Parties and counsel may not send letters to the court's electronic mail account absent express authorization, such as orders directing submission of confidential settlement statements to that account.  Any relief sought by any party in this action must be made in the form of a motion filed with the court with copies served on all counsel of record and all pro se parties.

It is further **ORDERED** that the Clerk's Office shall serve a copy of this Minute Order to defendant John Larson via regular mail and electronic mail to johnlarson@jetgroup7.com

Date:  August 29, 2008