IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02222-LTB-MJW

DOUG FABSCHUTZ, et al.,

Plaintiffs,

v.

SAXBY'S COFFEE, INC., et al.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby **ORDERED** that Pro Se Defendant John Larson's Motion for Sanctions Against Defendants Saxby's Coffee, Inc., a Georgia corporation; Nick Bayer; Saxby's Coffee Worldwide, LLC, a Delaware Limited Liability Company; Walnut Street Capital Management Group, LLC, a Pennsylvania Limited Liability Company (docket no. 76) is **DENIED**. This court was able and did conduct a settlement conference between Defendant John Larson and the Plaintiffs on September 2, 2008. After such settlement conference between Defendant John Larson and Plaintiffs, no settlement was reached. Accordingly, Defendant John Larson is not entitled to sanctions against the Co-Defendants.

Date: October 10, 2008