IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02222-LTB-MJW

DOUG FABSCHUTZ, et al.,

Plaintiffs,

v.

SAXBY'S COFFEE, INC., et al.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby ORDERED that the Plaintiff's Unopposed Motion for Withdrawal of Motion for Entry of Default (Docket #69) Upon Payment of Attorney Fees and Costs by Saxbys Defendants, DN 81, filed with the Court on October 9, 2008, is GRANTED and the Motion for Entry of Default Against Defendants Saxbys Coffee, Inc.; Nicolas Bayer a/k/a Nick Bayer; Saxbys Coffee Worldwide, LLC; Walnut Street Captial [sic], LLC; and Walnut Street Capital Management Group, LLC, Document 69, is deemed WITHDRAWN by the court.

Date: October 10, 2008