IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE MICHAEL J. WATANABE

Civil Action No. 07-CV-02222 LTB-MJW

DOUG FABSCHUTZ,
SIMON FABSCHUTZ,
IRENE FABSCHUTZ,
ANDREW FIELD, and
GARY FABSCHUTZ,

      Plaintiffs,

v.

SAXBYS COFFEE, INC. a Georgia Corporation;
NICHOLAS BAYER a/k/a NICK BAYER;
JOHN D. LARSON;
PROVEN RECORD, INC., d/b/a SAXBYS COFFEE a Nevada Corporation;
SAXBYS COFFEE WORLDWIDE, LLC, a Delaware Limited Liability Company;
WALNUT STREET CAPITAL, LLC, a Pennsylvania Limited Liability Company;
WALNUT STREET CAPITAL MANAGEMENT GROUP, LLC, a Pennsylvania Limited
Liability Company,

      Defendants.

---

## ~~MINUTE~~ ORDER

---

THIS MATTER comes before the court on parties' joint motion to modify the scheduling order is GRANTED. The court, being fully advised in the premises, HEREBY ORDERS that the scheduling order is amended as follows:

1. Defendants Saxbys Coffee, Inc., Saxbys Coffee Worldwide, LLC, Nick Bayer, Walnut Street Capital, LLC, Walnut Street Capital Management Group, LLC (the "Saxbys Defendants"), have agreed to video-conferenced depositions of those defendants and individuals

1

under their control as a cost saving measure.

2. The Saxbys Defendants will respond to the written discovery served July 11, 2008 no later than October 21, 2008.

3. Defendant John Larson has agreed to be deposed in Fort Collins, Colorado. Reasonable attempts shall be made to schedule his deposition so that he may combine the deposition with trips to Colorado for personal or business matters.

4. The parties shall contact the court within ten (10)days from the date of this Minute Order to obtain dates for a settlement conference.

5. The following deadlines in the scheduling order are modified as follows:

   a. The discovery cut off shall be enlarged up to and including March 31, 2009;

   b. The deadline for dispositive motions shall be April 30, 2009;

   c. The deadline for expert disclosures shall be February 28, 2009.

Signed and dated this 10th Day of October, 2008.

BY THE COURT:


s/Michael J. Watanabe

US Magistrate Judge