IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02222-LTB-MJW

DOUG FABSCHUTZ, et al.,

Plaintiffs,

v.

SAXBY'S COFFEE, INC., et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulation Regarding Motion to Compel (docket no. 94) is APPROVED and made an Order of Court. The Plaintiff's Motion to Compel Disclosure and Discovery (docket no. 87) is resolved based upon this Minute Order.

Date: December 08, 2008