IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02222-LTB-MJW

DOUG FABSCHUTZ, et al.,

Plaintiffs,

v.

SAXBY'S COFFEE, INC., et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Stipulation to Vacate Hearing Scheduled for February 6, 2009 (docket no. 104) is GRANTED. The motions hearing set on February 6, 2009, at 1:30 p.m. is VACATED.

     It is FURTHER ORDERED that the parties have reached a stipulation regarding Plaintiffs' Motion for Sanctions and Second Motion to Compel (docket no. 96) as outlined in docket no. 104, and therefore Plaintiffs' Motion for Sanctions and Second Motion to Compel (docket no. 96) is WITHDRAWN.

Date:   February 6, 2009