## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02222 LTB-MJW

DOUG FABSCHUTZ,
SIMON FABSCHUTZ,
IRENE FABSCHUTZ,
ANDREW FIELD, and
GARY FABSCHUTZ,

        Plaintiffs,

v.

SAXBYS COFFEE, INC. a Georgia Corporation;
NICHOLAS BAYER a/k/a NICK BAYER;
JOHN D. LARSON;
PROVEN RECORD, INC., d/b/a SAXBYS COFFEE a Nevada Corporation;
SAXBYS COFFEE WORLDWIDE, LLC, a Delaware Limited Liability Company;
WALNUT STREET CAPITAL, LLC, a Pennsylvania Limited Liability Company;
WALNUT STREET CAPITAL MANAGEMENT GROUP, LLC, a Pennsylvania Limited
Liability Company,

        Defendants.

---

ORDER (Docket No. 108)

---

THIS MATTER comes before the court on plaintiffs' motion to modify scheduling order. The court, having reviewed the motion and being advised in the premises, HEREBY ORDERS that the scheduling order is amended as follows:

1. The time for expert disclosures is enlarged up to and including June 20, 2009.

2. The time for depositions shall be enlarged up to and including May 22, 2009.

3. The deadline for dispositive motions is enlarged up to and including June 30,

2009.

4. The parties are further ordered to set this matter for a settlement conference during March or April 2009. The parties shall contact Judge Watanabe's division clerk to schedule a settlement conference within 10 days of the date of this order.

Dated this 17Th day of March, 2009.

BY THE COURT:

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO