IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action, No. 07-cv-02222 LTB-MJW

DOUG FABSCHUTZ;
SIMON FABSCHUTZ;
IRENE FABSCHUTZ;
ANDREW FIELD; and
GARY FABSCHUTZ;

    Plaintiffs,

v.

SAXBY'S COFFEE, INC. a Georgia Corporation;
NICK BAYER;
JOHN D. LARSON;
PROVEN RECORD, INC., d/b/a SAXBY'S COFFEE, a Nevada Corporation;
SAXBY'S COFFEE WORLDWIDE, LLC, a Delaware Limited Liability Company;
WALNUT STREET CAPITAL, LLC, a Pennsylvania Limited Liability Company;
WALNUT STREET CAPITAL MANAGEMENT GROUP, LLC, a Pennsylvania Limited Liability Company,

    Defendants.

---

## ORDER RE MOTION FOR LEAVE TO PARTICIPATE IN THE SETTLEMENT CONFERENCE BY TELEPHONE
( Docket No. 116 )

THE MATTER of the Saxbys Defendants' Motion for Leave to Participate in the Settlement Conference by Telephone having come before this Court, and the Court having been fully advised in its premises, hereby

ORDERS that the Saxbys Defendants are granted leave to participate in the Settlement Conference by telephone. The Saxbys Defendants shall telephone the Court on May 14, 2009 at 1:25 p.m. MDT to be ready to participate in the Settlement Conference scheduled to commence at 1:30 p.m. MDT, using such procedure to call in as the Court may direct. The Court's Telephone number is 303-335-3308.

Dated this 7th day of May, 2009

                                                              Magistrate Judge Michael J. Watanabe