IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02222-LTB-MJW

DOUG FABSCHUTZ, et al.,

Plaintiffs,

v.

SAXBY'S COFFEE, INC., et al.,

Defendants.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that the Unopposed Motion for Leave of Settlement Conference (DN 117), filed with the Court on May 7, 2009, is GRANTED.  Defendant John Larson is permitted to attend the Settlement Conference set on May 14, 2009, at 1:30 p.m. **by telephone**.  **Mr. Larson shall contact the court by calling (303) 844-2403, promptly on the above date and time**.

Date:  May 8, 2009