IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02222-LTB-MJW

DOUG FABSCHUTZ, et al.,

Plaintiffs,

v.

SAXBY'S COFFEE, INC., et al.,

Defendants.

---

### MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Joint Unopposed Motion to Vacate and Re-Set Final Pre-Trial Conference, DN 129, filed with the Court on July 31, 2009, is GRANTED.

     The Final Pretrial Conference set on August 11, 2009, at 9:30 a.m., is VACATED and RESET on September 3, 2009, at 3:30 p.m., in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties shall submit their Final Pretrial Order to the court on or before August 27, 2009.

Date: August 6, 2009

---