IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-02222-LTB-MJW

DOUG FABSCHUTZ,
SIMON FABSCHUTZ,
IRENE FABSCHUTZ,
ANDREW FIELD, and
GARY FABSCHUTZ,

        Plaintiffs,

v.

SAXBY'S COFFEE, INC., a Georgia corporation;
NICHOLAS BAYER a/k/a NICK BAYER;
JOHN D. LARSON;
PROVEN RECORD, INC., d/b/a SAXBY'S COFFEE, a Nevada corporation;
SAXBY'S COFFEE WORLDWIDE, LLC, a Delaware limited liability company;
WALNUT STREET CAPITAL, LLC., a Pennsylvania limited liability company;
WALNUT STREET CAPITAL MANAGEMENT GROUP, LLC., a Pennsylvania limited liability company,

        Defendants.
_____

ORDER
_____

Upon the Stipulation to Stay Proceedings (Doc 134 - filed August 26, 2009), and review of the file, it is

ORDERED that this matter is STAYED pending the resolution of the Saxbys Coffee Worldwide, LLC bankruptcy in the Eastern District of Pennsylvania.

IT IS FURTHER ORDERED that all pending pretrial deadlines, status conference (September 4, 2009), pretrial conference (September 3, 2009), trial preparation conference (September 18, 2009), and trial (October 11, 2009) are VACATED.

IT IS FURTHER ORDERED that this case is deemed **ADMINISTRATIVELY CLOSED** subject to being reopened upon motion of any party for good cause shown. This matter need not be reopened for submission of final settlement documents.

BY THE COURT:

s/Lewis T. Babcock
Lewis T. Babcock, Judge

DATED: August 27, 2009